IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN M. MEYERS,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| TRAVELERS INSURANCE COMPANY,<br>　　　　Defendants. | NO.  21-3291 |

**O R D E R**

**AND NOW**, this 6th day of April, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), Plaintiff's Response thereto (ECF No. 19), and Defendant's Reply (ECF No. 25), and of Plaintiff's Motion for Summary Judgment (ECF No. 18), Defendant's Response thereto (ECF Nos. 22, 24), and Plaintiff's Reply (ECF No. 26), it is **HEREBY ORDERED THAT** Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**.  The Clerk of Court **SHALL TERMINATE** this case and mark it as **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**